262 So.2d 393

**STATE of Louisiana**

v.

**Evariste V. WASHINGTON.**

No. 52440.

May 30, 1972.

HAMLIN, J., is of the opinion that the ruling of the trial judge is correct. He has not abused his discretion.

SUMMERS, J., is also of the opinion that the ruling of the trial judge is correct. The reasons assigned for granting this writ without hearing in this unclear area of the law can only serve to further obscure the proper guidelines to which a trial judge must adhere.